# In the United States District Court for the Southern District of Georgia Waycross Division

RICHARD CONYERS,

    Plaintiff,

v.

ASSISTANT WARDEN CARTER, et al.,

    Defendants.

CV 523-093

## ORDER

Before the Court is Plaintiff Richard Conyers's notice of voluntary dismissal, dkt. no. 7, wherein he notifies the Court that he wishes to voluntarily dismiss this action. The notice complies with Federal Rule of Civil Procedure 41(a)(1)(A)(i) (dismissal before an opposing party serves an answer or motion for summary judgment). Accordingly, all claims asserted in this action are **DISMISSED without prejudice**. Each party shall bear his own fees and costs. The Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this 6 day of November, 2023.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA